IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | Bankruptcy No. 19-23774-JAD |
| : | |
| Joan E. Trimble, : | Chapter 13 |
|     Debtor, : | |
| : | Related to Doc. No. 10 |
| Joan E. Trimble, : | |
|     Movant, : | |
| : | |
| Vs. : | |
| : | |
| Ronda J. Winnecour, Trustee, : | |
| United States Trustee, : | |
|     Respondents. : | |

**ORDER OF COURT**

It is hereby ORDERED, ADJUDGED and DECREED that the time in which the above Debtors are to cure the deficiencies in their Petition is enlarged by a period of ten (10) days, until **October 21, 2019**.

DATE: October 11, 2019

_____  mas
Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Joan W. Trimble
    Paula J. Cialella, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

FILED
10/11/19 6:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-23774-JAD
Joan E Trimble                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: culy               Page 1 of 1                Date Rcvd: Oct 11, 2019
                                Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
db             +Joan E Trimble,    505 Shenango Park Drive,    New Castle, PA 16101-6119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2019 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Paula J. Cialella    on behalf of Debtor Joan E Trimble paula@nypalaw.com,
       jennie@nypalaw.com;kayann@nypalaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                             TOTAL: 4