## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-23774-JAD |
| | : | |
| Joan E. Trimble, | : | |
| **Debtor,** | : | **Chapter 13** |
| | : | |
| Joan E. Trimble, | : | Related to Doc. No. 13 |
| **Movant,** | : | |
| | : | |
| Vs. | : | |
| | : | |
| Ronda J. Winnecour, Trustee, | : | |
| United States Trustee, | : | |
| **Respondents.** | : | |

## ORDER OF COURT

It is hereby **ORDERED, ADJUDGED** and DECREED that the time in which the

above Debtor is to cure the deficiencies in her Petition is enlarged by a period of ten (10)

days, until **October 31, 2019**.

**No further extension will be granted unless extenuating circumstances exist.**

DATE: October 22, 2019

Jeffery A. Deller
United States Bankruptcy Court Judge

mas

CASE ADMINISTRATOR SHALL SERVE:
   Joan E. Trimble
   Paula J. Cialella, Esquire
   Ronda J. Winnecour, Esquire
   Office of United States Trustee

FILED
10/22/19 5:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 19-23774-JAD
Joan E Trimble                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy           Page 1 of 1          Date Rcvd: Oct 22, 2019
                             Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2019.
db              +Joan E Trimble,     505 Shenango Park Drive,     New Castle, PA 16101-6119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2019 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paula J. Cialella    on behalf of Debtor Joan E Trimble paula@nypalaw.com,
          jennie@nypalaw.com;kayann@nypalaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                        TOTAL: 4