**UPMC**
Dept. U7825
4 Overlook Point
Lincolnshire, IL 60069

NAME AND ADDRESS

| | |
|---|---|
| JOAN E TRIMBLE    21817 0440-30-53-AADC<br>505 SHENANGO PARK DR<br>NEW CASTLE, PA 16101-6119 | YEAR TO DATE TAX INFO<br>TOTAL GROSS      1,833.48<br>TOTAL TAXABLE    1,833.48 |

## PAYMENT SUMMARY

ACCOUNT NUMBER: UPMSFMHC6P2B1H6         DATE: OF CHECK           09/01/19
PAYEE NAME   JOAN E TRIMBLE            NET PAYMENT AMOUNT           203.72

| PAYMENTS | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| PENSION | 203.72 | 1,833.48 | | | |
| TOTAL | 203.72 | 1,833.48 | TOTAL | 0.00 | 0.00 |

TO MAKE CHANGES TO YOUR      ADDRESS, DIRECT DEPOSIT OR TAX
WITHHOLDING ELECTIONS, GO TO  HTTP://DIGITAL.ALIGHT.COM/UPMC
/ OR CALL THE UPMC RETIREMENT CENTER AT 1-877-206-8264.

W/H ELECTIONS: FED   NO WITHHOLDING
               STATE NO WITHHOLDING

...................................................... (Detach Here) ......................................................

SOCIAL SECURITY ADMINISTRATION

Date: December 18, 2018
BNC#:
REF: A

JOAN E TRIMBLE
505 SHENANGO PARK DR
NEW CASTLE PA 16101-6119

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

   Beginning December 2018, the full monthly
   Social Security benefit before any deductions is......$ 1766.00

      We deduct $135.50 for medical insurance premiums each month.

   The regular monthly Social Security payment is........$ 1630.00
   (We must round down to the whole dollar.)

   Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

   Your Social Security benefits are paid on or about the second Wednesday of each month.

Information About Past Social Security Benefits

   From December 2017 to November 2018, the full monthly
   Social Security benefit before any
   deductions was............................................$ 1717.90

      We deducted $134.00 for medical insurance premiums each month.

   The regular monthly Social Security payment was.......$ 1583.00
   (We must round down to the whole dollar.)

Date of Birth Information

   The date of birth shown on our records is January 2, 1943.

Medicare Information

   You are entitled to hospital insurance under Medicare beginning January 2008.