**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

Case No. **19−23774−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Joan E Trimble
   505 Shenango Park Drive
   New Castle, PA 16101

Social Security No.:
   xxx−xx−2267

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Paula J. Cialella<br>113 North Mercer Street<br>New Castle, PA 16101<br>Telephone number: 724−658−4417 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>January 6, 2020<br>03:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>January 6, 2020<br>03:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 12/4/19

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-23774-JAD
Joan E Trimble                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2              User: culy                 Page 1 of 1               Date Rcvd: Dec 04, 2019
                                  Form ID: rsc13             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2019.
db              +Joan E Trimble,    505 Shenango Park Drive,    New Castle, PA 16101-6119
15149247         KML Law Group,    Suite 5000 BNY Mellon Independence Cente,    Philadelphia, PA 19106
15129662        +Lawrence County Tax Claim Bureau,    430 Court Street,    New Castle, PA 16101-3503
15129663        +PNC Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
15163593        +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
15158824         UPMC Health Services,    PO Box 1123,    Minneapolis MN 55440-1123
15158823         UPMC Physician Services,    PO Box 1123,    Minneapolis MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 05 2019 02:54:15      Pennsylvania Dept. of Revenue,
                   Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                   Harrisburg, PA   17128-0946
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 05 2019 02:56:39
                   PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15138758         E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 05 2019 02:55:44
                   CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                   Greenville, SC 29603-0368
15139003         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 05 2019 02:56:17      LVNV Funding, LLC,
                   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15166834        +E-mail/Text: bankruptcy@firstenergycorp.com Dec 05 2019 02:54:30      Penn Power,
                   5001 NASA Blvd,    Fairmont WV 26554-8248
15149249         E-mail/Text: bankruptcy@firstenergycorp.com Dec 05 2019 02:54:31      Penn Power,    PO Box 3687,
                   Akron, OH 44309-3687
15130336        +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2019 02:56:07      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               PNC BANK NATIONAL   ASSOCIATION
15149248*       +Lawrence County Tax Claim Bureau,    430 Court Street,    New Castle, PA 16101-3503
15149250*       +PNC Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
15165563*       +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
                                                                                          TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paula J. Cialella    on behalf of Debtor Joan E Trimble paula@nypalaw.com,
               jennie@nypalaw.com;kayann@nypalaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4