# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: JOAN E TRIMBLE
- Case Number: 19-23774-JAD    Chapter: 13
- Date / Time / Room: THURSDAY, MAY 21, 2020 11:30 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

FILED
5/22/20 4:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#19 - Confirmation of Plan Dated 10/30/2019 (NFC)
R / M #: 19 / 0

**Appearances:**

Debtor: Cialella
Trustee: Winnecour / Pail / Katz / DeSimone (Katz circled)

Creditor:

Need resolution of PNC CL#7-2 issue about maturity date.

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____
7. ✓ Plan/Motion continued to 8/27/20 at 11:30 AM
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____
9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

5/13/2020  2:36:50PM

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-23774-JAD
Joan E Trimble                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch              Page 1 of 1              Date Rcvd: May 22, 2020
                              Form ID: pdf900         Total Noticed: 13

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2020.
db             +Joan E Trimble,    505 Shenango Park Drive,   New Castle, PA 16101-6119
15149247        KML Law Group,    Suite 5000 BNY Mellon Independence Cente,   Philadelphia, PA 19106
15129662       +Lawrence County Tax Claim Bureau,    430 Court Street,   New Castle, PA 16101-3503
15129663       +PNC Bank,    2730 Liberty Ave,   Pittsburgh, PA 15222-4747
15163593       +PNC Bank, N.A.,    P.O. Box 94982,   Cleveland, OH 44101-4982
15158824        UPMC Health Services,    PO Box 1123,   Minneapolis MN 55440-1123
15158823        UPMC Physician Services,    PO Box 1123,   Minneapolis MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2020 08:21:36
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15138758        E-mail/PDF: MerrickBKNotifications@Resurgent.com May 23 2020 02:42:29
                 CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
15139003        E-mail/PDF: resurgentbknotifications@resurgent.com May 23 2020 02:42:45     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15166834       +E-mail/Text: bankruptcy@firstenergycorp.com May 23 2020 02:40:56     Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
15149249        E-mail/Text: bankruptcy@firstenergycorp.com May 23 2020 02:40:56     Penn Power,   PO Box 3687,
                 Akron, OH 44309-3687
15130336       +E-mail/PDF: gecsedi@recoverycorp.com May 23 2020 02:43:26     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL    ASSOCIATION
15149248*      +Lawrence County Tax Claim Bureau,    430 Court Street,   New Castle, PA 16101-3503
15180672*      +PNC BANK N.A.,    PO BOX 94982,   CLEVELAND, OH 44101-4982
15149250*      +PNC Bank,    2730 Liberty Ave,   Pittsburgh, PA 15222-4747
15165563*      +PNC Bank, N.A.,    P.O. Box 94982,   Cleveland, OH 44101-4982
                                                                                TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2020 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paula J. Cialella    on behalf of Debtor Joan E Trimble paula@nypalaw.com,
               jennie@nypalaw.com;kayann@nypalaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```