# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: JOAN E TRIMBLE
- Case Number: 19-23774-JAD    Chapter: 13
- Date / Time / Room: THURSDAY, OCTOBER 22, 2020 11:00 AM  3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#19 - Continued Confirmation of Plan Dated 10/30/2019 (NFC)
R / M #: 19 / 0

FILED
10/27/20 7:23 am
CLERK
U.S. BANKRUPTCY COURT - WDPA

**Appearances:**   Cialella

- Debtor:
- Trustee: Winnecour / Pail / Katz / (DeSimone)
- Creditor:

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  1-14-21  at  10:00 .
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. ✓ Other:

need resolution on 7-2 of PNC. (Debtor was working with Jim Wannbradt, now with Brian Nicholas)

10/14/2020  1:50:01PM

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Joan E Trimble  
    Debtor(s)

Case No. 19-23774-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: msch      Page 1 of 2  
Date Rcvd: Oct 27, 2020      Form ID: pdf900      Total Noticed: 13

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joan E Trimble, 505 Shenango Park Drive, New Castle, PA 16101-6119 |
| 15149247 | | KML Law Group, Suite 5000 BNY Mellon Independence Cente, Philadelphia, PA 19106 |
| 15129662 | + | Lawrence County Tax Claim Bureau, 430 Court Street, New Castle, PA 16101-3503 |
| 15129663 | + | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4747 |
| 15163593 | + | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-4982 |
| 15158824 | | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15158823 | | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2020 01:16:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15138758 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 28 2020 01:15:43 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15139003 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2020 02:17:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15149249 | | Email/Text: bankruptcy@firstenergycorp.com | Oct 28 2020 02:26:00 | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 15166834 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 28 2020 02:26:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15130336 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:15:47 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| 15149248 | *+ | Lawrence County Tax Claim Bureau, 430 Court Street, New Castle, PA 16101-3503 |
| 15180672 | *+ | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101-4982 |
| 15149250 | *+ | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4747 |
| 15165563 | *+ | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-4982 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

Case 19-23774-JAD    Doc 44    Filed 10/29/20    Entered 10/30/20 09:33:36    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: msch | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 27, 2020 | Form ID: pdf900 | Total Noticed: 13 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 29, 2020               Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paula J. Cialella | on behalf of Debtor Joan E Trimble paula@nypalaw.com jennie@nypalaw.com;kayann@nypalaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4