**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/23/21 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 19-23774-JAD |
| JOAN E. TRIMBLE, | ) ) ) | |
| | ) | Chapter 13 |
| Debtor. | ) ) ) | |
| | ) | Doc. No. |
| RONDA J. WINNECOUR, TRUSTEE, | ) ) ) | Related to Doc. Nos. 19, 51 |
| Movant, | ) ) ) ) ) | |
| v. | ) ) ) | |
| JOAN E. TRIMBLE, | ) ) ) ) | |
| Debtor/Respondent. | ) | |

### ORDER

**AND NOW**, this **23rd** day of **November**, **2021**, **IT IS HEREBY ORDERED** that confirmation of the Chapter 13 Plan dated October 30, 2019 is **DENIED.**

**IT IS FURTHER ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor remains legally liable for all of her debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after the date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file a bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report and Account and the Trustee's Certification of Distributed Funds. Following submission of a Final Accounting and Certification of

Distributed Funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further order of court.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors and parties in interest of this dismissal.

Dated: November 23, 2021

_____ pgc
Honorable Jeffery A. Deller
United States Bankruptcy Judge

Case Administrator to serve:
All Counsel of Record
Ronda J. Winnecour, Chapter 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23774-JAD |
| Joan E Trimble | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 2 |
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joan E Trimble, 505 Shenango Park Drive, New Castle, PA 16101-6119 |
| 15149247 | | KML Law Group, Suite 5000 BNY Mellon Independence Cente, Philadelphia, PA 19106 |
| 15129662 | + | Lawrence County Tax Claim Bureau, 430 Court Street, New Castle, PA 16101-3503 |
| 15158824 | | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15158823 | | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2021 23:29:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15138758 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 23 2021 23:29:02 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15139003 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2021 23:28:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15129663 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 23 2021 23:25:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 15163593 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 23 2021 23:25:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15149249 | | Email/Text: bankruptcy@firstenergycorp.com | Nov 23 2021 23:26:00 | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 15166834 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 23 2021 23:26:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15130336 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:29:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| 15149248 | *+ | Lawrence County Tax Claim Bureau, 430 Court Street, New Castle, PA 16101-3503 |
| 15149250 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 15165563 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |

| District/off: 0315-2 | User: culy | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 13 |

15180672    *P++    PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 25, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paula J. Cialella | on behalf of Debtor Joan E Trimble paula@nypalaw.com  jennie@nypalaw.com;kayann@nypalaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4