**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JOAN E TRIMBLE

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Respondents.

Case No.: 19-23774 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/26/2019 and confirmed on 01/13/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 19,650.00 |
| Less Refunds to Debtor | 490.50 | |
| TOTAL AMOUNT OF PLAN FUND | | 19,159.50 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 0.00 | |
|   Trustee Fee | 1,049.55 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,049.55 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA | 0.00 | 15,673.87 | 0.00 | 15,673.87 |
|   Acct: 2135 | | | | |
| PNC BANK NA | 0.00 | 2,436.08 | 0.00 | 2,436.08 |
|   Acct: 5759 | | | | |
| LAWRENCE COUNTY TAX CLAIM BUREAU | 21,812.66 | 0.00 | 0.00 | 0.00 |
|   Acct: 4000 | | | | |
| ADDED CREDITOR FOR CALCULATION | 41,334.70 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ADDED CREDITOR FOR CALCULATION | 56,051.09 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| | | | | 18,109.95 |
| **Priority** | | | | |
| PAULA J CIALELLA CERASI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JOAN E TRIMBLE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JOAN E TRIMBLE | 490.50 | 490.50 | 0.00 | 0.00 |
|   Acct: | | | | |

| 19-23774 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | * * * N O N E * * * | | | | |
| Unsecured | | | | | |
| | PENN POWER* | 8,875.44 | 0.00 | 0.00 | 0.00 |
| | Acct: 7833 | | | | |
| | CW NEXUS CREDIT CARD HOLDINGS I LLC | 803.60 | 0.00 | 0.00 | 0.00 |
| | Acct: 8621 | | | | |
| | LVNV FUNDING LLC | 859.70 | 0.00 | 0.00 | 0.00 |
| | Acct: 1668 | | | | |
| | UPMC PHYSICIAN SERVICES | 188.18 | 0.00 | 0.00 | 0.00 |
| | Acct: 2267 | | | | |
| | UPMC HEALTH SERVICES | 1,240.06 | 0.00 | 0.00 | 0.00 |
| | Acct: 2267 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6653 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                                         18,109.95

TOTAL CLAIMED
PRIORITY              0.00
SECURED         119,198.45
UNSECURED        11.966.98

Date: 01/10/2022                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com